Clarence A. MOORE et al., Appellants, v.
MINE LA MOTTE CORPORATION,
a Corporation.

No. 13849.

United States Court of Appeals
Eighth Circuit.

Oct. 27, 1948.

Sidney L. Stone, of St. Louis, Mo., for appellants.

Moser, Marsalek, Carpenter, Cleary & Carter, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellants for want of prosecution, on motion of appellee.

NATIONAL LABOR RELATIONS BOARD,
Petitioner, v. WEST SIDE COOPERA-
TIVE CREAMERY ASSOCIATION.

No. 13752.

United States Court of Appeals
Eighth Circuit.

Oct. 1, 1948.

David P. Findling, Gen. Counsel, National Labor Relations Board, and Ruth Weyand and A. Norman Somers, Asst. Gen. Counsels, National Labor Relations Board, all of Washington, D. C., for petitioner.

Robert O. Sullivan, of St. Paul, Minn., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, with exception of the notice posting provision, on stipulation of parties.

NATIONAL LABOR RELATIONS BOARD,
Petitioner, v. BROWN SHOE COM-
PANY, Inc.

No. 13841.

United States Court of Appeals
Eighth Circuit.

Oct. 27, 1948.

David P. Findling, Gen. Counsel, National Labor Relations Board, and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Shepley, Kroeger, Fisse & Ingamells, of St. Louis, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation of parties filed with Board, and petition for enforcement.

Clarence A. MOORE et al., Appellants, v. ST.
JOSEPH LEAD COMPANY, a
corporation.

No. 13850.

United States Court of Appeals
Eighth Circuit.

Oct. 27, 1948.

Sidney L. Stone, of St. Louis, Mo., for appellants.

Moser, Marsalek, Carpenter, Cleary & Carter, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellants for want of prosecution, on motion of appellee.